SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ALEJANDRA LOPEZ-GARCIA, <br><br> Defendant. | 8:25CR132 <br><br> INFORMATION <br> 18 U.S.C. § 111(a)(1) <br> 18 U.S.C. § 1361 |

The United States Attorney charges:

## COUNT I

On or about June 10, 2025, in the District of Nebraska, the defendant, ALEJANDRA LOPEZ-GARCIA, did then and there knowingly and intentionally forcibly assault, resist, oppose, impede, intimidate, and interfere with federal law enforcement officers, who were engaged in the performance of their official duties

In violation of Title 18, United States Code, Section 111(a)(1).

## COUNT II

On or about June 10, 2025, in the District of Nebraska, the defendant, ALEJANDRA LOPEZ-GARCIA, willfully and by means of destruction did injure and commit a depredation against property of the United States and any department or agency thereof, specifically damaging government vehicles and the resulting damage.

UNITED STATES OF AMERICA,
Plaintiff

LESLEY A. WOODS
United States Attorney
District of Nebraska

1

By: _____
KIMBERLY C. BUNJER, #20962
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: kim.bunjer@usdoj.gov

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

_____
KIMBERLY C. BUNJER
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 8:25CR132 |
| ALEJANDRA LOPEZ-GARCIA, | |
| Defendant. | |

Your Affiant, Justin Temperly, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Justin Temperly, am a Special Agent (SA) with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (hereinafter "HSI"). I have been employed with this agency since January 2024. HSI agents are authorized to investigate violations found in Titles 8, 18, 19 (Customs), and 42 of the United States Code.

2. The information contained in this affidavit is based on my training and experience, my actual knowledge of this investigation, as well as information obtained from other law enforcement officers involved in the investigation.

**PROBABLE CAUSE**

3. On Tuesday, June 10, 2025, your Affiant, other Special Agents, and Immigration Officers, encountered an individual, later identified as **Alejandra Anai LOPEZ-GARCIA**, at Glenn Valley Foods, located at 6824 J Street, Omaha, Nebraska 68117, in the District of Nebraska, during the service of a civil search warrant.

4. During the initial containment of the employees of Glenn Valley Foods, Special Agents and Immigration Officers searched the facility for any individuals who

1

were attempting to conceal themselves from law enforcement within the facility. During this search, HSI Special Agents encountered **LOPEZ-GARCIA** in the production area of the business.

5. After all employees were accounted for, HSI Special Agents began interviewing employees and collecting their biometrics to determine alienage and authorization to legally work in the United States. **LOPEZ-GARCIA** was identified through this process as a United States citizen. Her name was logged as being lawfully present during the warrant, her photograph was taken, and he was escorted off the property and released.

6. After HSI Special Agents completed the identification and alienage determinations for all employees, a law enforcement vehicle driven by a Deputy United States Marshal (DUSM) and occupied by two other DUSMs attempted to leave the area eastbound on J Street. Several members of the public attempted to impede the movement of the vehicle by standing in the street directly in front of the vehicle and continuing to move in front of the vehicle as it attempted to maneuver around them.

7. DUSMs stopped the vehicle and disembarked to attempt to move the pedestrians from the roadway and from on top of their vehicles. A DUSM approached another individual who was attempting to break off the law enforcement vehicle's rear windshields window wiper. After removing that individual, **LOPEZ-GARCIA** approached the rear of the DUSM law enforcement vehicle and continued to pull on the wiper and forcibly bent it, damaging it to the point where it no longer functioned. A DUSM approached **LOPEZ-GARCIA** who fled the immediate area.

8. **LOPEZ-GARCIA** walked west, away from the DUSM, and toward the other Federal Law Enforcement who were leaving the area. **LOPEZ-GARCIA** began picking up rocks and other debris and throwing them at law enforcement vehicles. Your Affiant observed **LOPEZ-GARCIA** walk along the south side of J Street and throw several objects at law enforcement vehicles. Several of those objects were thrown at the bus that was moving law enforcement and detained subjects. These actions were caught on camera from a Deportation Officer with Enforcement and Removal Operations (ERO) who was on the bus. ERO Deportation Officers later observed dents in the side of the bus.

9. Based on these facts, your Affiant has reason to believe Alejandra **LOPEZ-GARCIA** knowingly and intentionally assaulted, resisted, opposed, impeded, intimidated, and interfered with federal law enforcement officers while they were performing their official duties, in violation of Title 18, United States Code, Sections 111(a)(1). Additionally, your Affiant believes **LOPEZ-GARCIA** caused damage to property of the United States in violation of Title 18, United States Code, Sections 1361. Your Affiant declares under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of his knowledge and belief

Justin Temperly
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me by telephone or other reliable electronic means on this 12th day of June 2025.

RYAN C. CARSON
United States Magistrate Judge

3